FILED
2021 APR 8 AM 9:33
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JON L. BEACH,<br><br>     Plaintiff,<br><br>v.<br><br>DOUGLAS FAWSON et al.,<br><br>     Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-CV-899 BSJ<br><br>District Judge Bruce S. Jenkins |

Plaintiff, Jon L. Beach, filed a civil rights complaint, under 42 U.S.C.S. § 1983 (2021). (ECF No. 5.) On December 30, 2020, under 28 U.S.C.S. § 1915(b)(1) (2021), the Court ordered Plaintiff to, within thirty days, pay an initial partial filing fee of $10.83. (ECF No. 4.) Plaintiff has not complied. The Court has not heard from Plaintiff in over two months. (ECF No. 14.) Indeed, the last piece of mail the Court sent to Plaintiff was returned to sender, marked "UNABLE TO FORWARD." (ECF No. 15.)

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice.

DATED this 7th day of April, 2021.

BY THE COURT:

BRUCE S. JENKINS
United States District Judge